UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CALEB B. JONES-TIMMS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 3:25-CV-1209-X |
| | § | |
| FREEDOM CHEVROLET BUICK | § | |
| GMC, | § | |
| | § | |
| *Defendant.* | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 7). Jones-Timms filed an objection. (Doc. 9). Jones-Timm's objection does not comply with the Rule 72 standard, failing to specify the errors in the Magistrate Judge's Order.[1] Accordingly, the District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

---

[1] An objection that does "nothing more than state a disagreement with the magistrate's suggested resolution, or simply summarizes what has been presented before, is not an 'objection'" under Rule 72(b). *Cuza v. Day*, No. 22-1354, 2023 WL 3270064, at *1 (E.D. La. May 5, 2023) (citation omitted); *see also Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) ("Frivolous, conclusive or general objections need not be considered by the district court.").

1

**IT IS SO ORDERED** this 6th day of October, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE