UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CALEB B. JONES-TIMMS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-1209-X |
| | § | |
| FREEDOM CHEVROLET BUICK GMC, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**MEMORANDUM OPINION AND ORDER AND FINAL JUDGMENT**

Under Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff Caleb B. Jones-Timms's case against Defendant Freedom Chevrolet Buick GMC for failure to prosecute its case and obey a Court Order.

On June 14, 2026, the Court ordered Jones-Timms to file an amended complaint by July 15, 2026.[1] The Court warned Jones-Timms that failure to file an amended complaint would result in the Court dismissing this case.[2] Jones-Timms failed to amend his complaint.

Rule 41(b) allows the Court to "dismiss the action or any claim against" the defendant if "the plaintiff fails to prosecute or to comply with these rules or a court order."[3] Dismissal under Rule 41(b) may be *sua sponte*, but it may be with prejudice

[1] Doc. 28 at 1.

[2] *Id.*

[3] FED. R. CIV. P. 41(b).

"only if the failure to comply with the court order was the result of purposeful delay or contumaciousness and the record reflects that the district court employed lesser sanctions before dismissing the action."[4]

What is clear is that dismissal is appropriate under Rule 41(b) because Jones-Timms has failed to prosecute his case and disobeyed the Court's orders. The more difficult inquiry is whether that dismissal should be with prejudice or without prejudice. The Court, in its discretion, notes that despite Jones-Timms's failures, the record lacks the findings of purposeful delay or contumaciousness and the Court has not already imposed the lesser sanctions necessary to warrant dismissal with prejudice—the heightened standard for dismissal with prejudice that Rule 41(b) requires. Therefore, under Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** Jones-Timms's case against Defendant Freedom Chevrolet Buick GMC for Jones-Timms's failure to prosecute his case and failure to comply with the Court's orders.

This is a final judgment. The Clerk's office is directed to close the case.

**IT IS SO ORDERED** this 18th day of September, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

[4] *Long v. Simmons*, 77 F.3d 878, 879–80 (5th Cir. 1996).